IN THE UNITE D STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DIDICOM TOWERS, INC.                                              PLAINTIFF

vs.                    Civil No. 03-2265

CITY OF FORT SMITH, ARKANSAS                                     DEFENDANT

## O R D E R

It appearing that this case should be dismissed with prejudice, counsel having advised that the issues have been resolved, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 12th day of April, 2006.

/s/Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE